# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

BERNADETTE KIMBROUGH,

      Plaintiff,                    Case No. 23-11289

v.                                  Hon. Denise Page Hood

ENCORE LLC, et al.,

      Defendant.

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter was brought before the Court on a Complaint filed by Plaintiff, Bernadette Kimbrough. [ECF No. 1]. Plaintiff attempted service on Defendants, Encore LLC, Galaxy Portfolios LLC, Square 2 LLC, and Worldwide Asset Purchasing. [ECF No. 12]. A certificate of execution was returned by Galaxy Portfolios and Worldwide Asset Purchasing. [ECF No. 13]. Galaxy Portfolios filed a motion to dismiss the matter shortly thereafter [ECF No. 16], which the Court granted [ECF No. 22]. The summons was returned unexecuted as to Defendants Encore LLC and Square 2 LLC [ECF Nos. 18 and 19] and Defendant Worldwide Asset Purchasing never filed an answer or otherwise responsive pleading.

The Court issued an Order for Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute as to Defendants Encore LLC, Square 2 LLC, and Worldwide Asset Purchasing. [ECF No. 23]. The Order

directed Plaintiff to file a response by October 21, 2024. *Id*. Plaintiff filed two documents on October 29 and 30, 2024. [ECF Nos. 24 and 25]. The documents include various mailing addresses for Defendants and request that the Court serve Defendants. These documents are not responsive to the Courts Order. Plaintiff has failed to show cause as to why this case should not be dismissed for failure to prosecute as to Defendants Encore LLC, Square 2 LLC, and Worldwide Asset Purchasing. Therefore, this action is DISMISSED WITHOUT PREJUDICE pursuant to E.D. Mich. LR 41.2.

SO ORDERED.

_/s/Denise Page Hood____
Denise Page Hood
United States District Judge

Dated: March 31, 2025

I hereby certify that a copy of the foregoing document was served upon counsel of record or party on March 31, 2025, by electronic and/or ordinary mail.